UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 12-cr-60-02-JD

<u>Andrew Wojtowicz</u>

O R D E R

The assented to motion to continue trial (document no. 20) filed by defendant Wojtowicz is granted.  As co-defendant Jimmy Ambrosi assented to the continuance, trial is continued for both defendants to the two-week period beginning Wednesday, November 14, 2012, 9:30 a.m.

Defendant Wojtowicz shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

               */s/ Joseph A. DiClerico, Jr.*
               Joseph A. DiClerico, Jr.
               United States District Judge

Date:  September 10, 2012

cc:  Jaye Rancourt, Esq.
   Jonathan Saxe, Esq.
   Debra Walsh, Esq.
   U.S. Marshal
   U.S. Probation